DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANE SHAW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2271

[October 25, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case Nos. 10-15069 CF10A, 11-7302 CF10A and 11-7595 CF10A.

Shane Shaw, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***